# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Barie, | No. CV-23-00920-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Economy Premier Assurance Company, *et al.*, | |
| Defendants. | |

    Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 38), and good cause appearing,

    **IT IS ORDERED** granting the Stipulation (Doc. 38). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

    **IT IS FURTHER ORDERED** directing the Clerk to close this matter.

    Dated this 8th day of February, 2024.

                                            Honorable John J. Tuchi
                                            United States District Judge